IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUNDESA, LLC, a Utah limited liability company, | |
| Plaintiff, | CIVIL ACTION NO. 4:18-cv-1670 |
| v. | JURY TRIAL REQUESTED |
| WOODBOLT DISTRIBUTION, LLC d/b/a ROYAL SPORT LTD. and NUTRABOLT, a Delaware limited liability company, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| PINPOINT MARKETING GROUP, INC., | |
| Third-Party Defendant. | |

## ORDER

Before the Court is an unopposed motion by Third-Party Defendant Pinpoint Marketing Group, Inc. ("Pinpoint") to extend its time to answer or otherwise respond to Woodbolt Distribution, LLC's ("Woodbolt") Third-Party Complaint up to and including to February 11, 2019. Having considered the motion and found good cause therefor, said motion is hereby GRANTED.

It is hereby ORDERED that the deadline Pinpoint's responsive pleading to the Third-Party Complaint extended up to and including February 10, 2019.

It is further ORDERED that in the event the claims between the parties have not been settled prior to the Court's February 8, 2019 Initial Conference, Pinpoint will attend the Initial Conference.

Signed this 14th day of January, 2019.

Lee H Rosenthal
LEE H ROSENTHAL
UNITED STATES DISTRICT JUDGE